IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01376-BNB

SIRRLOVE WILLIAMS,

    Applicant, named as Claimant,

v.

[NO NAMED RESPONDENT],

    Respondent.

FILED
UNITED STATES DISTRICT COURT

JUL 23 2010

GREGORY C. LANGHAM
CLERK

## ORDER OF DISMISSAL

Applicant, Sirrlove Williams, named as Claimant, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the Bent County Correctional Facility in Las Animas, Colorado. He attempted to initiate this action by submitting to the Court *pro se* a document titled "Affidavit of Affirmative Averment F.R.CV.P. Rule 8(c)."

In an order filed on June 14, 2010, Magistrate Judge Boyd N. Boland ordered Mr. Williams to cure certain enumerated deficiencies in this case within thirty days. Specifically, Mr. Williams was directed to submit a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action on the Court-approved form and to submit a certificate of the warden or other appropriate jail officer as to the amount of money on deposit in his inmate trust fund account. He was informed that the § 1915 motion and affidavit only was necessary if the $5.00 filing fee was not paid in advance.

Rule 3 of the Rules Governing Section 2254 Cases in the United States District Courts requires a "certificate of the warden or other appropriate officer of the institution in

which the petitioner is confined as to the amount of money or securities on deposit to the petitioner's credit in any account in the institution." The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 in a Habeas Corpus Action also notes this requirement.

The June 14 order also directed Mr. Williams to submit an Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 on the Court-approved form. The June 14 order warned Mr. Williams that if he failed to cure the designated deficiencies within the time allowed, the action would be dismissed without further notice. On June 22, 2010, Mr. Williams asked the Court to appoint counsel to represent him, which was denied as premature by minute order on June 23, 2010. Mr. Williams has failed within the time allowed to cure the designated deficiencies. Accordingly, it is

ORDERED that the action dismissed without prejudice pursuant to Rule 41(b) of the Federal Rules of Civil Procedure for the failure of Applicant, Sirrlove Williams, to comply with the order to cure dated June 14, 2010. It is

FURTHER ORDERED that no certificate of appealability will issue because Applicant has not made a substantial showing of the denial of a constitutional right.

DATED at Denver, Colorado, this __22nd__ day of __July__, 2010.

BY THE COURT:

*[signature: Christine M. Arguello]*

CHRISTINE M. ARGUELLO
United States District Judge, for
ZITA LEESON WEINSHIENK
Senior Judge, United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-01376-BNB

Sirrlove R. Williams
Prisoner No. 83577
Bent County Correctional Facility
11560 Road FF.75
Las Animas, CO 81054-9573

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 7/23/10

GREGORY C. LANGHAM, CLERK

By: _____
      Deputy Clerk